In the Matter of LESTER MARTIN, Respondent, against COLUMBIA PICTURES CORPORATION, Appellant.

Argued October 21, 1954; decided December 3, 1954.

*Ferdinand Pecora* and *David H. Horowitz* for appellant.

*Meier Steinbrink, Harry Heller, William Gellin* and *Max M. Bernstein* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., DESMOND, DYE and FROESSEL, JJ. CONWAY, FULD and VAN VOORHIS, JJ., dissent in the following memorandum: While we, of course, agree that '' the Supreme Court has power, in its sound discretion, upon good cause shown '', to direct an inspection of corporate books (*Matter of Steinway*, 159 N. Y. 250, 265; see, also, *Matter of Durr* v. *Paragon Trading Corp.*, 270 N. Y. 464), we do not believe that such cause was shown to exist in this case to justify the order that was made.